# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. LYDIA KEITA, and the STATE OF GEORGIA ex rel. LYDIA KEITA,<br><br>    Plaintiffs/Relator,<br><br>v.<br><br>MILTON HALL SURGICAL ASSOCIATES, LLC; JEFFREY GALLUPS, M.D.; XENICUS, LLC; ANDREW L. NACHMAN; and PATHOLOGY LAB OF GEORGIA, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br>No. 1:20-cv-0566-SCJ<br><br><br>JURY TRIAL DEMANDED |

## CONSENT MOTION FOR
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(2), Relator Lydia Keita, by and through the undersigned counsel, hereby moves to dismiss this action without prejudice. Both the United States of America and the State of Georgia consent to the dismissal of the action without prejudice. *See* 31 U.S.C. § 3730(b)(1), O.C.G.A. § 49-4-168.2(b).

Submitted this 8th day of July, 2021.

| PARKS, CHESIN & WALBERT, PC | CAPLAN COBB LLP |
|---|---|
| */s/ Jennifer K. Coalson*<br>Jennifer K. Coalson<br>Georgia Bar No. 266989<br>jcoalson@pcwlawfirm.com<br>Dustin L. Crawford<br>Georgia Bar No. 758916<br>dcrawford@pcwlawfirm.com | */s/ Julia Blackburn Stone*<br>Michael A. Caplan<br>Georgia Bar No. 601039<br>mcaplan@caplancobb.com<br>Julia Blackburn Stone<br>Georgia Bar No. 200070<br>jstone@caplancobb.com<br>T. Brandon Waddell<br>Georgia Bar No. 252639<br>bwaddell@caplancobb.com |
| 75 Fourteenth St. NE, Suite 2600<br>Atlanta, Georgia 30309<br>(404) 873–8000 (Phone)<br>(404) 873–8016 (Fax) | 75 Fourteenth St. NE, Suite 2750<br>Atlanta, Georgia 30309<br>(404) 596–5600 (Phone)<br>(404) 596–5604 (Fax) |

*Counsel for Relator Lydia Keita*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I served a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 8th day of July, 2021.

*/s/ Julia Blackburn Stone*
Julia Blackburn Stone
