# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. LYDIA KEITA, and the STATE OF GEORGIA ex rel. LYDIA KEITA, <br><br> Plaintiffs/Relator, <br><br> v. <br><br> MILTON HALL SURGICAL ASSOCIATES, LLC; JEFFREY GALLUPS, M.D.; XENICUS, LLC; ANDREW L. NACHMAN; and PATHOLOGY LAB OF GEORGIA, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br> No. 1:20-cv-0566-SCJ |

## [PROPOSED] ORDER ON CONSENT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This matter comes before the Court on Consent Motion for Voluntary Dismissal Without Prejudice. Having fully considered the Motion, the Court finds that dismissal without prejudice is appropriate under Fed. R. Civ. P. 41(a)(2), 31 U.S.C. § 3730(b)(1), and O.C.G.A. § 49-4-168.2(b) and hereby **ORDERS:**

This action is **DISMISSED WITHOUT PREJUDICE**.

Signed this __ day of July 2021.

- 2 -

                                                        _____
Hon. Steve C. Jones
United States District Court Judge

Presented by:

Julia Blackburn Stone
Counsel for Relator